IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME BROWN, | No. C 10-00074 SBA (PR) |
| Petitioner, | **ORDER GRANTING RESPONDENT'S MOTION TO DISMISS PETITION AS MOOT** |
| v. | |
| RANDY GROUNDS, Acting Warden, | (Docket no. 9) |
| Respondent. / | |

Petitioner, a state prisoner, filed the present petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 12, 2011, mail directed to Petitioner by the Court was returned to the Clerk of the Court with a notation that it was undeliverable because Petitioner was "deceased."

On August 4, 2011, Respondent filed "Request to Dismiss Petition" and attached a certified copy of Petitioner's death certificate, which shows he died on June 5, 2011. (See Req. to Dismiss, Ex. 1.)

The death of a habeas petitioner renders his petition moot and requires dismissal of the petition. See Garceau v. Woodford, 399 F.3d 1101, 1101 (9th Cir. 2005). Accordingly, Respondent's request to dismiss the petition is GRANTED, and the above-titled petition for a writ of habeas corpus is hereby DISMISSED as moot.

The Clerk shall terminate all pending motions and close the file. The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Petitioner's case.

This Order terminates Docket no. 9.

IT IS SO ORDERED.

DATED: 8/17/11

SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\HC.10\Brown0074.dismiss-INMATEdeceased.frm